**Order entered March 27, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00061-CV

## YAKELYN RUBIO GALINDO, TRAVIS YOUNG, SAUL PEREA, RICHARD ACEBO, EMILY FORD, DAVID HASHEMI SEDDIGHZADEH, ANGELA BENTON, ALYSSA MOEBUS, ET AL., Appellants

## V.

## NORMAN GARNER, INDIVIDUALLY, AND AS REPRESENTATIVES OF THE ESTATE OF AMY GARNER, DEC'D AND AS NEXT FRIEND OF SOPHIA GARNER, FELICIA GARNER, ET AL., Appellees

### On Appeal from the 116th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-18-03385

## ORDER

Before the Court is appellee's opposed motion for extension of time to late-file response brief. We **GRANT** the motion and **ORDER** the response brief received March 26, 2019 filed as of the date of this order.

/s/     BILL WHITEHILL
PRESIDING JUSTICE